Theresa Walker, Respondent, v. Harry Boyd Kear, Appellant.— Judgment of the Municipal Court affirmed by default, with costs. Hirschberg, P. J., Woodward, Jenks, Gaynor and Miller, JJ., concurred.

Carl Wilk, Plaintiff, v. Minnie Fettel, Defendant.— The facts agreed upon do not necessitate the granting of an injunction by a court of equity, and judgment will, therefore, be rendered for the defendant, without costs, in accordance with the terms of the submission. Hirschberg, P. J., Woodward, Jenks, Hooker and Gaynor, JJ., concurred.

Catherine E. Yeaton, as Administratrix, etc., of Charles H. Yeaton, Deceased, Appellant, v. The Brooklyn Heights Railroad Company, Respondent. Judgment unanimously affirmed with costs. No opinion. Present — Hirschberg, P. J., Woodward, Jenks, Hooker and Gaynor, JJ.

---

## FIRST DEPARTMENT, MAY, 1907.

ABRAHAM WOLFSON, Appellant, v. THE METROPOLITAN STREET RAILWAY COMPANY, Respondent.

Appeal from a judgment dismissing the complaint.

PER CURIAM: Although the plaintiff's witnesses appear to have contradicted each other in certain minor particulars, we think that there was enough to take the case to the jury. Present — Ingraham, Laughlin, Clarke, Scott and Lambert, JJ. Judgment reversed, new trial ordered, costs to appellant to abide event.